MARTIN ZEITLER, Respondent, v. PELNORTH CONSTRUCTION CORP., Appellant.— In a negligence action by a tenant to recover damages for injury to his household goods caused by an overflow of water in the apartment occupied by him in defendant's multiple dwelling, defendant appeals from an order of the Supreme Court, Westchester County, dated September 5, 1961, which denied its motion to dismiss the complaint for lack of prosecution (Rules Civ. Prac., rule 156). The denial was "without prejudice to a renewal should plaintiff persist in the desultory prosecution of the action." Order affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

## (December 24, 1962)

MURRAY WOLFELD, Appellant, v. SAUL BUSH et al., Respondents.— Pursuant to the stipulation of the parties, dated December 5, 1962, order of December 3, 1962 dismissing the appeal vacated. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BRAM, Appellant.— Motion by appellant for reargument denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

HAROLD L. GOERLICH et al., Appellants, v. MABEL F. JAFFA, Respondent. — Motion by respondent to vacate a stay, pending appeal, previously granted by this court, denied. It appears that the undertaking for $4,000 has been filed. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

LEILA LEHRER, Respondent, v. HELEN A. BENTON, Appellant.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

NETTIE SLAVIN et al., Appellants, v. SIGMUND S. BRIGER et al., Respondents.— Motion by appellants for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

DOROTHY VON GLAHN FILS et al., Respondents, v. BENJAMIN SCHECTMAN, Appellant.— Motion by landlord-respondents to vacate a stay previously granted, pending the appeal, granted on consent. Cross motion by tenant-appellant to discontinue the appeal, granted; appeal discontinued, without costs. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ELLINGTON, Appellant.— Motion by appellant for reargument of his appeal, decided April 17, 1961. Motion denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

R. C. F. MAUTONE, Appellant, v. BROADVIEW MANOR, INC., Respondent. — Motion by appellant for leave to appeal to the Court of Appeals denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

RAYMOND C. QUACKENBUSH et al., Appellants, v. CHARLES FISCHER et al., Respondents; WARWICK SAVINGS BANK, Impleaded defendant.— Motion by appellants for reargument denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.